BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-2144
Fax:          (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
        Western.Taxcivil@usdoj.gov

Counsel for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS YABUKI | ) | Case No. 5:25-cv-03500-PCP |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION REQUESTING RELIEF FROM REQUIREMENT THAT PERSONS WITH FULL SETTLEMENT AUTHORITY ATTEND SETTLEMENT CONFERENCE **AS MODIFIED** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Before the Court is the United States' Unopposed Motion Requesting Relief from Requirement That Persons with Full Settlement Authority Attend the Settlement Conference set for April 29, 2026. For good cause shown, the Court hereby GRANTS the motion, and ORDERS that trial attorney Landon Yost may attend this conference, and have the official with authority to accept any settlement he might recommend available by telephone **at all times for the duration of the conference**.

IT IS SO ORDERED:

Dated this _7th__ day of April 2026.

Magistrate Judge Susan van Keulen
United States Magistrate Judge